IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | | |
|---|---|---|
| KRISTEN SHIVELY, | ) | |
| | ) | Case No. 4:09CV00010 |
| Plaintiff, | ) | |
| | ) | **ORDER** |
| v. | ) | |
| | ) | |
| CITY OF MARTINSVILLE, VIRGINIA, | ) | |
| HENRY COUNTY, VIRGINIA, and | ) | By: Jackson L. Kiser |
| HENRY COUNTY 9-1-1 | ) | Senior United States District Judge |
| COMMUNICATIONS CENTER, | ) | |
| | ) | |
| Defendants. | ) | |

Before me are Defendants' Motions to Dismiss the Amended Complaint. After allowing counsel the opportunity to brief the issue and present arguments in open court, this matter is now ripe for decision. For the reasons stated in the accompanying Memorandum Opinion, it is hereby **ADJUDGED** and **ORDERED** that Defendants' Motion to Dismiss is **GRANTED** and this case is **DISMISSED** from the active docket of this Court. The previously filed Motions to Dismiss the Original Complaint [Docket Nos. 6 and 8] are hereby **DISMISSED** as moot.

The Clerk is directed to send a copy of this Order to all counsel of record.

ENTERED this 29th day of October, 2009.

s/Jackson L. Kiser
Senior United States District Judge